IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WHITNEY VILLARREAL, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL NO. B-16-232 |
| | § | |
| FAMILY DOLLAR STORES | § | |
| OF TEXAS, LLC, | § | |
| Defendant. | § | |

# ORDER

On January 8, 2018, the United States Magistrate Judge filed a Report and Recommendation [Doc. No. 25]. Plaintiff Villarreal has objected to said Report and Recommendation [Doc. No. 26] and Defendant Family Dollar Stores of Texas, LLC has responded to Plaintiff's Objections [Doc. No. 27].

Having considered *de novo* the Magistrate Judge's Report and Recommendation and the issues raised by Plaintiff's objections and Defendant's response, the Court orders that the Magistrate Judge's Report and Recommendation is hereby adopted. Defendant Family Dollar's motion for summary judgment is granted as to all claims made by Villarreal. A final judgment will be entered to that effect in a separate document.

Signed this 5th day of February, 2018.

Andrew S. Hanen
United States District Judge